**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

ROCKET MORTGAGE, LLC,

    *Plaintiff*,

    *v.*

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

    *Defendant.*

Civil Action No. 1:24-cv-03368

---

## NOTICE OF RELATED CASES

---

Pursuant to Local Civil Rule 3.2, Plaintiff Rocket Mortgage, LLC provides notice of the following related case before this Court:

    *United States of America v. Rocket Mortgage, LLC, et al.*, Case No. 1:24-cv-02915, is currently pending in this Court before the Honorable Gordon P. Gallagher, United States District Judge, and the Honorable Timothy P. O'Hara, United States Magistrate Judge.

Respectfully Submitted,

Dated:  December 4, 2024

/s/ Jeffrey B. Morganroth
Jeffrey B. Morganroth
Morganroth & Morganroth
344 N. Old Woodward Ave., Ste. 200
Birmingham, Mich. 48009
(248) 864-4000
jmorganroth@morganrothlaw.com

Jacob Hollars
Spencer Fane LLP
1700 Lincoln St., Ste. 2000
Denver, Colo. 80203
(303) 839-3707
JHollars@spencerfane.com

Respectfully submitted,

Brooks R. Brown
GOODWIN PROCTER LLP
100 Northern Ave
Boston, MA 02210
Telephone: (617) 570-1000
Bbrown@goodwinlaw.com

Keith Levenberg
Angelica Rankins
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4000
klevenberg@goodwinlaw.com
arankins@goodwinlaw.com

*Counsel for Defendant Rocket Mortgage, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused the foregoing document to be served on the following non-CM/ECF participants via registered or certified mail:

The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410


Merrick Garland, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530


Civil Process Clerk
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

*/s/ Jeffrey B. Morganroth*
Jeffrey B. Morganroth