**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03368-REB

ROCKET MORTGAGE, LLC,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.

---

**JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE**

---

Pursuant to D.C.COLO.LCivR 6.1(a) and REB Civil Practice Standard G(5), the parties hereby stipulate to an eight-day extension of Defendant's deadline to respond to the complaint. The response is currently due on February 10, 2025. *See* Fed. R. Civ. P. 12(a)(2). By operation of this stipulation, Defendant's deadline to respond to the complaint will be February 18, 2025.

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully submitted, |
| */s/ Brooks R. Brown* | BRETT A. SHUMATE |
| Brooks R. Brown | Acting Assistant Attorney General |
| GOODWIN PROCTER LLP | Civil Division |
| 100 Northern Ave. | |
| Boston, Mass. 02210 | LESLEY FARBY |
| (617) 570-1000 | Deputy Director |
| bbrown@goodwinlaw.com | Federal Programs Branch |
| | |
| Keith Levenberg | s/ Simon Gregory Jerome |
| Angelica Rankins | ***Simon Gregory Jerome*** |
| GOODWIN PROCTER LLP | Trial Attorney |

1

1900 N. St., N.W.
Washington, D.C. 20036
(202) 346-4000
klevenberg@goodwinlaw.com
arankins@goodwinlaw.com

Jacob Hollars
SPENCER FANE LLP
1700 Lincoln St., Ste. 2000
Denver, Colo. 80203
(303) 839-3707
JHollars@spencerfane.com

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH
344 N. Old Woodward Ave., Ste. 200
Birmingham, Mich. 48009
(248) 864-4000
jmorganroth@morganrothlaw.com

Attorneys for Plaintiff Rocket Mortgage, LLC

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-2705
E-mail: simon.g.jerome@usdoj.gov

Attorneys for Defendant United States Department of Housing and Urban Development