IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-03368

Rocket Mortgage, LLC,

    Petitioner,

v.

United States Department of Housing and Urban Development,

    Respondent.

---

**JOINT CASE MANAGEMENT PLAN FOR PETITIONS
FOR REVIEW OF AGENCY ACTION**

---

**1.**    **APPEARANCES OF COUNSEL**

**For Plaintiff**:    Jeffrey B. Morganroth, Brooks R. Brown, Andrew Kim, Keith Levenberg, Angelica Rankins

**For Defendant**:    Simon G. Jerome

**2.**    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    **Plaintiff's Position**: This action arises under the Administrative Procedure Act (APA), 5 U.S.C. § 551 et seq., and the Fair Housing Act, 42 U.S.C. § 3605. This Court therefore has jurisdiction pursuant to 28 U.S.C. § 1331.

    **Defendant's Position**: For the reasons stated in Defendant's motion to dismiss, this Court lacks subject-matter jurisdiction.

**3.**    **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Petition for Review Was Filed**: Plaintiff's complaint was filed on December 4, 2024.

    **B.**    **Date Petition for Review Was Served on U.S. Attorney's Office**: Plaintiff served the complaint on the U.S. Attorney's Office for the District of Colorado on December 10, 2024. The Associate General Counsel for Litigation for the U.S. Department of Housing and Urban Development was served with the

Complaint on December 13, 2024. The Attorney General of the United States was served on December 16, 2024.

    **C.**    **Date Answer or Other Response Was Filed**: March 4, 2025

**4.**    **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Not applicable.

**5.**    **OTHER MATTERS**

A related case, United States of America v. Rocket Mortgage, LLC, et al., Case No. 1:24-cv-02915, is currently pending in this Court before the Honorable Gordon P. Gallagher, United States District Judge, and the Honorable Timothy P. O'Hara, United States Magistrate Judge.

**6.**    **PROPOSED BRIEFING SCHEDULE**

**Defendant's Position**: Defendant contends that, for the reasons stated in its motion to dismiss, this suit is not properly brought under the Administrative Procedure Act (APA). In particular, Plaintiff has not pleaded final agency action with respect either to Count II (which is explicitly brought under the APA) or Count I (which is not). Accordingly, no administrative record exists.

In prior APA actions, Defendant has required between 60 and 150 days to produce an administrative record. The breadth of that range makes estimating a sufficient time period for production difficult where, as here, the reasoning of any eventual decision by the Court finding a plausible allegation of final agency action would determine the size and complexity of the resulting administrative record.
Furthermore, an administrative record is not required to adjudicate the arguments raised in Defendant's motion to dismiss. Defendant therefore respectfully submits that the Court should defer ordering a production and briefing schedule until after its disposition of the motion to dismiss, at which time the parties should be permitted to confer and propose a briefing schedule.

**Plaintiff's Position**: Plaintiff disagrees with Defendant's position regarding the merits of its claims, and about Defendant's obligation to produce the administrative record. For the reasons stated in its forthcoming opposition to Defendant's motion to dismiss, Plaintiff has properly alleged an APA claim, and it has alleged a final agency action that is subject to judicial review. Accordingly, Plaintiff disputes Defendant's suggestion that "no administrative record" exists.

Plaintiff respectfully submits that it is appropriate for this Court to order Defendant to produce the administrative record.

Notwithstanding this disagreement about the merits of Plaintiff's claims, Plaintiff does not oppose Defendant's request to defer the setting of a production and briefing schedule until after this Court rules on Defendant's motion to dismiss.

**7.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Petitioner's Statement**: Plaintiff respectfully requests oral argument on both Defendant's forthcoming motion to dismiss and on any motions for summary judgment filed by the parties. Defendant's motion to dismiss presents complex jurisdictional questions and questions of statutory interpretation. Oral argument would aid this Court's resolution of those questions.

**B.     Respondent's Statement**: Defendant respectfully defers to the Court on the necessity of oral argument on the motion to dismiss and on any subsequent motions for judgment on the administrative record, and would be pleased to deliver oral argument if it would aid the Court in its decisions.

**8.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**Indicate below the parties' consent choice.**

A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.     (X)     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**9.     OTHER MATTERS**

None.

**10.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated March 21, 2025, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

APPROVED:

Jeffrey B. Morganroth
MORGANROTH & MORGANROTH
344 N. Old Woodward Avenue Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com

s/ Brooks R. Brown
Brooks R. Brown
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
bbrown@goodwinlaw.com

Andrew Kim
Keith Levenberg
Angelica Rankins
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
andrewkim@goodwinlaw.com
klevenberg@goodwinlaw.com
arankins@goodwinlaw.com

**Attorneys for Plaintiff Rocket Mortgage, LLC**

YAAKOV M. ROTH
Acting Assistant Attorney General Civil Division

LESLEY FARBY
Deputy Director
Federal Programs Branch

s/ Simon Gregory Jerome
Simon Gregory Jerome
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-2705
E-mail: simon.g.jerome@usdoj.gov

**Attorney for Defendant United States Department of Housing and Urban Development**