**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 24-cv-03368-GPG-TPO

ROCKET MORTGAGE, LLC,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 30] Order entered by Judge Gordon P. Gallagher on March 16, 2026, it is

ORDERED that the Defendants' Motion to Dismiss [D. 18] is GRANTED. It is

FURTHER ORDERED that judgment is in entered in favor of Defendant and against Plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 16<u>th</u> day of March, 2026

                            FOR THE COURT:

                            JEFFREY P. COLWELL, CLERK

                            By:   s/D. Clement
                                    Donald Clement,
                                    Deputy Clerk